UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:17-cv-01513 JCH |
| v. | ) ) ) | |
| JEFF BUTZINGER CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) | |

## MOTION TO DISMISS WITHOUT PREJUDICE

Come now plaintiffs, through counsel, and dismiss the above-captioned matter without prejudice.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:   (314) 727-6804


     /s/ Greg A. Campbell
GREG A. CAMPBELL, #35381
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017, the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing:  Jeff Butzinger Construction, Inc., 3333 Prairie Hill Road, Belleville, IL 62220.

     /s/ Greg A. Campbell